IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEVON L. STIGGER
ADC # 601232                                                                                     PLAINTIFF

V.                            CASE NO. 5:11CV00004 JLH/BD

ALLEN CHEEKS, *et al.*                                                                        DEFENDANTS

### ORDER

The Court has screened Plaintiff's Amended Complaint and has determined that, for screening purposes, Plaintiff has stated a constitutional claim against Defendant Allen Cheeks. Accordingly, the Clerk of Court is directed to prepare summons for Defendant Cheeks, and the United States Marshal is directed to serve a copy of the Complaint and the Amended Complaint with any attachments (docket entries #2 and #19), and a summons for this Defendant through the Arkansas County Sheriff's Department, 312 South College Street, Stuttgart, Arkansas 72160, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 8th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE