IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JEVON L. STIGGER**                                                                                  **PLAINTIFF**

V.                              **CASE NO. 5:11CV00004 BD**

**ALLEN CHEEKS,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 20th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE